CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFFREY P. MITCHELL (CABN 236225)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone:    (415) 436-7034
Fax:          (415) 436-7234
daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICARDO BAZAN,<br><br>　　　　Defendant. | NO.　5:16-CR-00491-12-EXE<br>　　　5:16-MJ-71575-MRGD-1<br><br>NOTICE OF DISMISSAL & ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned Superseding Indictment no. 5:16-cr-00491 and related Criminal Complaint no. 5:16-mj-71575 against defendant Ricardo Bazan, and moves that the Court quash the Arrest Warrant issued in connection with the Superseding Indictment and Criminal Complaint against defendant Ricardo Bazan.

DATED: June 5, 2026                          Respectfully submitted,

                                             CRAIG H. MISSAKIAN
                                             United States Attorney


                                             ___/s/_____
                                             JEFF MITCHELL
                                             Chief, Criminal Division

NOTICE OF DISMISSAL                          1
No. 5:16-cr-00491-12-EXE/5:16-MJ-71575-MRGD-1                          v. 8/4/2021

Leave is granted to the government to dismiss Superseding Indictment no. 5:16-cr-00491 and related Criminal Complaint no. 5:16-mj-71575 against defendant Ricardo Bazan.  It is further ordered that the Arrest Warrant issued in connection with the Superseding Indictment and Criminal Complaint against defendant Ricardo Bazan is quashed.

Date:  June 5, 2026

HON. P. CASEY PITTS
United States District Judge